[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 27, 2008
THOMAS K. KAHN
CLERK

No. 07-14107
Non-Argument Calendar

_____

D. C. Docket No. 07-00007-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAROLD CLINTON LASSETER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(March 27, 2008)**

Before ANDERSON, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Harold Clinton Lasseter, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Lasseter's sentence is **AFFIRMED**.